Bob L. Olson, Esq.
Nevada Bar No. 3783
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
spope@swlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRISTOPHER LAMONT MCQUEEN,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendants.

Case No. 2:26-cv-01472-ART-MDC

**STIPULATION AND ORDER TO EXTEND EXPERIAN INFORMATION SOLUTIONS, INC.'S DEADLINE TO FILE RESPONSE TO COMPLAINT**

**(FIRST REQUEST)**

Plaintiff Christopher Lamont McQueen ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian" and together with Plaintiff, the "Parties"), hereby submit this Stipulation for an extension of time for Experian to answer or otherwise plead up to and including October 12, 2026.

Experian was served with Plaintiff's Complaint on August 21, 2026. Experian must currently answer or otherwise plead by September 11, 2026. The Parties have agreed that Experian may have an additional 30 days or until October 12, 2026, to answer or otherwise respond.

This is the first request for additional time sought by Experian in this action. This extension is sought in good faith and not for the purposes of delay. Experian submits that good cause exists for extending the time to respond because the requested extension will give Experian's counsel an opportunity to obtain Plaintiff's file from Experian, study the case file and evaluate the merits of

the suit and the prospect of settlement before filing an answer or other responsive pleading. Neither party will be prejudiced by this extension.

**IT IS SO STIPULATED.**

DATED this 8th day of September 2026.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Samuel K. Pope (NV Bar No. 16963)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Email: bolson@swlaw.com
spope@swlaw.com

*Attorneys for Experian Information Solutions, Inc.*

DATED this 8th day of September 2026.

*/s/ Christopher Lamont McQueen*
Christopher Lamont McQueen
2605 S Decatur Blvd Suite 123,
Las Vegas, Nevada 89102
Telephone: (702) 507-7020
Email: iamchrismcqueen@gmail.com

*Plaintiff Pro Se*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**ORDER**

The Court having considered the foregoing Stipulation between the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Experian Information Solutions, Inc.'s time to respond to Plaintiff's Complaint shall be extended to on or before October 12, 2026.

**IT IS SO ORDERED**.

DATED: 9-9-26

United States Magistrate Judge

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND EXPERIAN INFORMATION SOLUTIONS, INC.'S DEADLINE TO FILE RESOPNSE TO COMPLAINT (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that the Answer has been e-mailed to the following address:

Christopher Lamont McQueen
2605 S Decatur Blvd Suite 123,
Las Vegas, Nevada 89102
Telephone: (702) 507-7020
Email: iamchrismcqueen@gmail.com

*Plaintiff Pro Se*

DATED: September 8, 2026.

*/s/ Mary Full*
An Employee of Snell & Wilmer L.L.P.